**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7782

CALVIN COOLIDGE HAIRSTON,

Plaintiff - Appellant,

versus

ROBERT LEWIS; JEANNIE NUNN; STEVE BURTON,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:06-cv-00533-jlk)

Submitted:  February 5, 2007     Decided:  February 20, 2007

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Calvin Coolidge Hairston, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Coolidge Hairston appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal for the reasons stated by the district court.  <u>Hairston v. Lewis</u>, No. 7:06-cv-00533-jlk (W.D. Va. Sept. 29, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>